filed. Two copies of the brief must be served and 24 copies filed within seven days.

AMY L. ROBERTS et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v TISHMAN SPEYER PROPERTIES, L.P., et al., Appellants.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

Motion by Office of the Manhattan Borough President for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

AMY L. ROBERTS et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v TISHMAN SPEYER PROPERTIES, L.P., et al., Appellants.

Submitted August 10, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

Motion by Urban Justice Center for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

AMY L. ROBERTS et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v TISHMAN SPEYER PROPERTIES, L.P., et al., Appellants.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

Motion by Mitchell-Lama Residents Coalition for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.